# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

WILLIAM BERNARD CRIST,

    Plaintiff,

v.                                      Case No. 8:19-cv-1284-T-02TGW

MR. OFFICER PRYOR,
*Officer of Bradenton Police Dept.*,

    Defendant.
_____/

## ORDER

This cause comes before the Court on the U.S. Marshal's notice of ineffective service of process. (Doc. 16). The notice informs the Court that the Marshal was unable to locate and serve Defendant, Officer Pryor, because Defendant no longer works for the Bradenton Police Department.

The Order directing personal service directs the "United States Marshal [to] use 'reasonable efforts' to locate and serve a defendant if plaintiff provides enough information to identify the defendant," as is required by *Richardson v. Johnson*, 598 F.3d 734, 739-740 (11th Cir. 2010). (Doc. 13 at 1).

Accordingly, it is **ORDERED** that within **THIRTY (30) DAYS** of the date of this Order:

(1) The U.S. Marshal must file a report describing the efforts used to locate Defendant;

(2) Plaintiff must provide alternative information to effect service, such as the address of Defendant or reliable information about where he may be located; and

(3) The Clerk is directed to deliver a copy of this Order to the U.S. Marshal's Office.

If, upon review, the U.S. Marshal's efforts to locate and serve Defendant were reasonable and Plaintiff either fails to comply with this Order or has no further information to provide to assist the Marshal, *this case will be dismissed without prejudice without further notice.*

**DONE AND ORDERED** in Tampa, Florida, on November 21st, 2019.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE